IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00351-BNB

DANIEL BEN NOGARA,

Applicant,

v.

R. WILEY, Warden,

Respondent.

___

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

___

Applicant has filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus. The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action will be granted. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action is granted. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED March 13, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00351-BNB

Daniel Ben Nogara
Reg. No. 11993-023
Federal Prison Camp
PO Box 5000
Florence, CO 81226-5000

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/13/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk