IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00351-BNB

DANIEL BEN NOGARA,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2008

GREGORY C. LANGHAM
                 CLERK

## ORDER

The Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed in this action on March 13, 2008, was entered in error and will be vacated. Applicant has not filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Applicant still is required to cure the deficiencies specified in the court's Order Directing Clerk to Commence Civil Action and Directing Applicant to Cure Deficiency filed on February 21, 2008, if he wishes to pursue his claims in this action. Accordingly, it is

ORDERED that the Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed in this action on March 13, 2008, is VACATED.

DATED March 14, 2008, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00351-BNB

Daniel Ben Nogara
Reg. No. 11993-023
Federal Prison Camp
PO Box 5000
Florence, CO 81226-5000

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/14/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk