IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00351-BNB

DANIEL BEN NOGARA,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

_____

ORDER OF DISMISSAL

_____

Applicant Daniel Ben Nogara initiated this action by filing *pro se* an Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order filed on

February 21, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to

commence a civil action and directed Mr. Nogara to cure certain deficiencies if he

wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Nogara

to file an application for a writ of habeas corpus on the proper form and either to pay

the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to

28 U.S.C. § 1915. Mr. Nogara was warned that the action would be dismissed without

further notice if he failed to cure the deficiencies within thirty days.

Mr. Nogara has failed to cure the deficiencies within the time allowed and he has

failed to respond in any way to Magistrate Judge Boland's February 21 order.

Therefore, the action will be dismissed without prejudice for failure to cure the

deficiencies. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is

dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 2 day of _____ April _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00351-BNB

Daniel Ben Nogara
Reg. No. 11993-023
Federal Prison Camp
PO Box 5000
Florence, CO 81226-5000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _4/2/08_

GREGORY C. LANGHAM, CLERK

By: _____
               Deputy Clerk